# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:
**Trak Auto Corporation**                           Case No. 01-72167-DHA
      Debtor                                                Chapter 7

# REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Odenton Shopping Center Ltd Partnership | $734.16 |
| Inland Real Estate | 3,013.65 |
| FAML Associates LLC | 1,929.37 |
| Federal Realty Investment Trust | 939.97 |
| Federal Realty Investment Trust | 2,887.22 |
| KMC Associates LP | 2,619.83 |
| Inland Real Estate - Illinois LLC | 3,013.65 |
| Pleasure House Shore Drive Associates | 692.75 |
| LaSalle Bank | 2,150.08 |
| Mt. Pleasant Plaza LLC | 1,692.56 |
| LaValle Associates LLP | 3,371.99 |
| Ferebee Associates | 134.27 |
| Wilson Village Shopping Center | 2,254.81 |
| Kemps River Corner Associates | 1,673.14 |
| Inland Real Estate | 5,669.96 |
| Inland Real Estate | 14,925.01 |
| Inland Real Estate | 2,620.86 |
| Inland Real Estate | 10,980.72 |
| Inland Real Estate | 1,541.12 |
| Federal Realty Investment Trust | 1,855.98 |
| Federal Realty Investment Trust | 1,493.40 |
| c/o David A. Greer | |
| P. O. Box 3460 | |
| Norfolk, VA 23514 | |

| | |
|---|---|
| Meguiar's, Inc.<br>c/o Kevin K. Haah<br>Ervin, Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212 | 12,504.60 |
| Charles County Maryland<br>c/o Brett C. Beehler<br>Meyers, Rodbell & Rosenbaum PA<br>6801 Kenilworth Avenue, #400<br>Riverdale, MD 20737 | 236.88 |
| CAMCO Manufacturing<br>c/o Susan Sparrow<br>Tuggle, Duggins & Mescahn PA<br>P. O. Box 2888<br>Greensboro, NC 27402 | 2,536.66 |
| Total | $81,472.64 |

Dated: <u>October 2, 2006</u>          */S/R. Clinton Stackhouse, Jr.*
R. Clinton Stackhouse, Jr., VSB #19358
Chapter 7 Trustee
P. O. Box 3640
Norfolk, VA 23514-3640
(757) 623-3555