**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

**In re**                                                                                  **Case No.**


                              **Debtor(s)**                              **Chapter**


**ORDER FOR RETURN OF UNCLAIMED FUNDS**

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $_____, currently on deposit with the Treasury of the United States, be returned to:




Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.



Date: _____          _____
                                      United States Bankruptcy Judge


                                      NOTICE OF JUDGMENT OR ORDER
                                      ENTERED ON DOCKET:
                                      _____


pc: Financial Administrator


[ounclmfd ver. 03/06]